1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9

10

11   REGINALD B. DEJOHNETTE, aka  ) Case No. CV 09-6100-R(RC)
     REGINALD BERNARD DEJOHNETTE, )
12                                )
                      Petitioner  ) ORDER ADOPTING REPORT AND
13                                ) RECOMMENDATION OF UNITED STATES
     vs.                          ) MAGISTRATE JUDGE AND DENYING
14                                ) CERTIFICATE OF APPEALABILITY
     F.B. HALLS, WARDEN,          )
15                                )
                      Respondent. )
16   ─────────────────────────────)

17

18        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

19   petition and other papers along with the attached Report and

20   Recommendation of United States Magistrate Judge Rosalyn M. Chapman,

21   and has made a de novo determination.

22

23        IT IS ORDERED that (1) the Report and Recommendation is approved

24   and adopted; (2) the Report and Recommendation is adopted as the

25   findings of fact and conclusions of law herein; and (3) Judgment shall

26   be entered dismissing the petition for writ of habeas corpus and

27   action for lack of subject matter jurisdiction.

28   //

1    This Court finds an appeal would not be taken in good faith, and

2  petitioner has not made a substantial showing that he has been denied

3  a constitutional right and that this Court was not correct in its

4  procedural ruling, for the reasons set forth in the Report and

5  Recommendation; thus, a certificate of appealability should not issue

6  under 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b).  <u>Slack v.</u>

7  <u>McDaniel</u>, 529 U.S. 473, 483, 120 S. Ct. 1595, 1604, 146 L. Ed. 2d 542

8  (2000); <u>Mayfield v. Calderon</u>, 229 F.3d 895, 900 (9th Cir. 2000).

9

10    IT IS FURTHER ORDERED that the Clerk shall serve copies of this

11 Order, the Magistrate Judge's Report and Recommendation and Judgment

12 by the United States mail on petitioner.

13

14 DATED:   May 18, 2010

15

16    _____
            MANUEL L. REAL
17     UNITED STATES DISTRICT JUDGE

18 R&Rs\09-6100.ado
   3/25/10
19

20

21

22

23

24

25

26

27

28

                                    2