UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD B. DEJOHNETTE, aka REGINALD BERNARD DEJOHNETTE,<br><br>        Petitioner<br><br>vs.<br><br>F.B. HALLS, WARDEN,<br><br>        Respondent. | Case No. CV 09-6100-R(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are dismissed for lack of subject matter jurisdiction.

DATED: May 18, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&Rs\09-6100.jud
3/25/10